UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02353-PAB-STV

ADAM JAY BARR,

        Plaintiff,

v.

GUY'S FLOOR SERVICE, INC.,

        Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear his or its own fees and costs related to this action.

DATED this 29th day of June 2020.

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS, LLP** | **KUTAK ROCK LLP** |
| */s/ Shelby Woods* | */s/ Diana C. Fields* |
| Claire E. Hunter | Diana C. Fields |
| Shelby Woods | Lisa M. Saccomano |
| 730 17th Street, Suite 750 | 1801 California Street, Suite 3000 |
| Denver, Colorado 80202 | Denver, Colorado 80202-2652 |
| Telephone: (720) 668-8989 | Telephone: (303) 297-2400 |
| chunter@hkm.com | diana.fields@kutakrock.com |
| swoods@hkm.com | lisa.saccomano@kutakrock.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant.* |

1

## CERTIFICATE OF SERVICE

  I hereby certify that on this 29th day of June 2020, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was served via CM/ECF on the following:

Diana C. Fields
Lisa M. Saccomano
Kutak Rock LLP
1801 California Street, Suite 3000
Denver, CO 80202-2652
303.297.2400
diana.fields@kutakrock.com
lisa.saccomano@kutakrock.com
*Attorneys for Defendant Guy's Floor Service, Inc.*

                */s/ Jen Kern*
                Jen Kern, Paralegal